## RICHARD SMYTH, COLLECTOR, *versus* JEANBATISTE LADEROUTE

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) discontinued *p. 670.
PAPERS IN FILE: (1) Capias and return.
*Office Docket*, MS p. 2, c. 5.

## RICHARD SMYTH, COLLECTOR, *versus* ANTOINE CECIL

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) discontinued *p. 671.
PAPERS IN FILE: [None]
*Office Docket*, MS p. 2, c. 6.

## RICHARD SMYTH, COLLECTOR, *versus* FELIX PELTIER

JOURNAL ENTRIES (1814–19): *Journal 2:* (1) Continued *p. 425; (2) continued *p. 440; (3) discontinued *p. 671.
PAPERS IN FILE: (1) Capias; (2) license to retail domestic spirits.
*Office Docket*, MS p. 3, c. 7.